**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ANDRE LENOIR**                                                             **PETITIONER**

**VS.**                               **CIVIL ACTION NO. 3:05CV214LN**

**STATE OF MISSISSIPPI, DWIGHT**
**PRESTLEY and JIM HOOD**                                   **RESPONDENTS**

## ORDER

This matter is before the court on the Petitioner's Motion for Court Documents (i.e., Transcripts, Motions, etc.) and Allotment of Time. The Motion states that the Petitioner's papers were lost by the staff at East Mississippi Correctional Facility. He asks for "a copy of the entire case file," as well as an extension of thirty days to respond to the Motion to Dismiss contained in the Respondents' Answer. Apparently, Lenoir has received, and still has, the Answer. In response to this request, the court will send a copy of the docket and a copy of Lenoir's Petition to him. The remaining documents in the court's file are not necessary for Lenoir to draft his response.

IT IS, THEREFORE, ORDERED that the Petitioners Motion for Court Documents and Allotment of Time is hereby **granted**, with respect to the documents described above.

IT IS FURTHER ORDERED that the Petitioner have until February 28, 2006, within which to respond to the Motion to Dismiss.

IT IS SO ORDERED, this the 19th day of January, 2006.

                                                                             S/Alfred G. Nicols, Jr.
                                                  UNITED STATES MAGISTRATE JUDGE